Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Plaintiffs
Agrify Corporation and Precision Extraction NewCo, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| AGRIFY CORPORATION, a Nevada corporation; and PRECISION EXTRACTION NEWCO, LLC,, <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN CIMINI, an individual; and CIMCO MANAGEMENT GROUP, INC., a California corporation, <br><br> Defendants. | Case No. SACV 24-01138-SPG (MAAx) <br><br> **NOTICE OF SETTLEMENT** <br><br> Related to Docket no. 27 <br><br> No Hearing Required |

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SB 59636457v1

**TO THE HONORABLE SHERILYN PEACE GARNETT, UNITED STATES DISTRICT COURT JUDGE, AND DEFENDANTS STEVEN CIMINI AND CIMCO MANAGEMENT GROUP, INC.:**

PLEASE TAKE NOTICE that plaintiffs Agrify Corporation and Precision Extraction Newco, LLC (collectively, "**Plaintiffs**") have settled their claims for relief in the *First Amended Complaint* ("**Complaint**") [Docket no. 27]. Pursuant to the terms of the settlement with defendants Steve Cimini and Cimco Management Group, Inc., Plaintiff anticipates voluntarily dismissing the Complaint after January 31, 2025.

DATED: January 28, 2025        **GREENSPOON MARDER LLP**

By: _____*/s/ Steve Burnell*_____
Steve Burnell
Attorneys for Plaintiffs

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

On January 28, 2025, I served true copies of the following document(s) **NOTICE OF SETTLEMENT** described as on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Greenspoon Marder LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

- **Steve Burnell**
  Steve.Burnell@gmlaw.com,cheryl.caldwell@gmlaw.com,denise.walker@gmlaw.com

- **Mark T. Kearney**
  mkearney@mks-law.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2025, at Los Angeles, California.

*/s/ Patricia Dillamar*
Patricia M. Dillamar

PMD 59636647v1